IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-71 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| DEBORAH LEACH | |
| DINA WILBUR, | |
| Defendants. | |

## ORDER

This matter is before the Government's Motion to Vacate Arrest Warrants for Defendants Deborah Leach and Dina Wilbur. (ECF No. 9). For good cause shown, the motion is **GRANTED**. The arrest warrants for Deborah Leach and Dina Wilbur are hereby **VACATED**.

IT IS SO ORDERED.

                                        /s/ Algenon L. Marbley
                                        ALGENON L. MARBLEY
                                        UNITED STATES DISTRICT JUDGE

Dated: April 24, 2019